IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **GILVERTO LEON SALAZAR,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-25-KC |
| | § | |
| **WARDEN, EL PASO SERVICE PROCESSING CENTER et al.,** | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On January 20, 2026, the Court granted in part Gilverto Leon Salazar's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Jan. 20, 2026, Order 2–3, ECF No. 5. Respondents have now informed the Court that, on January 23, 2026, an Immigration Judge ("IJ") ordered Leon Salazar released on a $3,000.00 bond. Advisory, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1. But he "has not posted bond and remains in custody." Advisory.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Jan. 20, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Leon Salazar wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED** this 28th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE